IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID SYDNEY, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CEDAR REALTY TRUST, INC., et. al.,<br><br>*Defendants*. | Case No.: 8:22-cv-1142-GLR |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the Plaintiffs.

I certify that I am admitted to practice in this Court.

Dated: May 13, 2022                           Respectfully submitted,

                                                              */s/ Donald J. Enright*
                                                              Donald J. Enright
                                                              **LEVI & KORSINSKY LLP**
                                                              Bar Number: 13551
                                                              1101 30th Street, NW, Suite 115
                                                              Washington, DC 20007
                                                              Telephone: (202) 524-4292
                                                              Fax: (212) 363-7171
                                                              denright@zlk.com

                                                              *Counsel for Plaintiffs and [Proposed] Lead Counsel for Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2022, service required by Fed. R. Civ. P. 5(a) has been made of the foregoing Entry of Appearance in a Civil Case.

*/s/ Donald J. Enright*
(Bar No. 13551)
