IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| DAVID SYDNEY, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.:  22-cv-01142-PJM |
| CEDAR REALTY TRUST, INC., *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Jerrold A. Thrope, am a member in good standing of the bar of this Court.  I am moving for the admission of Elizabeth G. Clark to appear pro hac vice in this case as counsel for Defendant, Wheeler Real Estate Investment Trust, Inc. ("Wheeler").

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admitted is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court and Date of Admission | Federal Court and Date of Admission |
|---|---|
| GA Supreme Court (2013)<br>MA Supreme Court (2009)<br>NY Supreme Court (2010)<br>GA Court of Appeals (2015) | USDC/NDGA (2011)<br>USDC/SDGA (2015)<br>USDC/EDNY (2021)<br>USDC/SNDY (2016)<br>US Court of Appeals, 2nd Circuit (2019)<br>US Court of Appeals, 4th Circuit (2021)<br>US Court of Appeals, 6th Circuit (2020)<br>US Court of Appeals, 11th Circuit (2016) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court one (1) time in *Karp v. First Connecticut Bancorp, Inc., et al.*, No. 18-cv-2496 (D. Md.).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

8. The $100 fee for admission pro hac vice accompanies this motion.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| Movant, | Proposed Admittee, |
|---|---|
| *[signature]* | *[signature]* |
| Jerrold A. Thrope (Bar No.: 01376) | Elizabeth G. Clark |
| Gordon Feinblatt LLC | Alston & Bird |
| 1001 Fleet Street, Suite 700 | 90 Park Avenue |
| Baltimore, Maryland 21202 | 15th Floor |
| jthrope@gfrlaw.com | New York, NY  10016-1387 |
| (410) 576-4295 (Phone/Fax) | (212) 210-9400 (Phone) |
|  | (212) 210-9444 (Fax) |
| *Counsel for Defendant Wheeler Real Estate Investment Trust, Inc.* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2022, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Elizabeth G. Clark was electronically filed and served through the Court's CM/ECF system.

*/s/ Jerrold A. Thrope*
Jerrold A. Thrope