IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID SYDNEY, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.:  22-cv-01142-GLR |
| CEDAR REALTY TRUST, INC., *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 103.3 DISCLOSURE STATEMENT

Wheeler Real Estate Investment Trust, Inc. ("WHLR") common and preferred stock is publicly traded on NASDAQ.  Substantially all of WHLR's assets are held as direct subsidiaries of and its operations are conducted through Wheeler REIT, L.P.   There are no other business entities which are not parties that may have an interest in the outcome of this litigation.

*/s/ Jerrold A. Thrope*
Jerrold A. Thrope (Bar No. 01376)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland  21202
(410) 576-4295 (Phone/Fax)
jthrope@gfrlaw.com

*/s/ Elizabeth G. Clark*
Alston & Bird
90 Park Avenue
15th Floor
New York, NY  10016-1387
(212) 210-9400 (Phone)
(212) 210-9444 (Fax)
Elizabeth.Clark@alston.com
\*admitted pro hac vice

*Attorneys for Defendant*
*Wheeler Real Estate Investment Trust, Inc.*

9484452.1  57161/148694  5/25/22

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of May, 2022, a copy of the foregoing was electronically filed and served through the Court's CM/ECF system.

*/s/ Jerrold A. Thrope*
Jerrold A. Thrope

9484452.1 57161/148694 5/25/22