IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID SYDNEY, *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CEDAR REALTY TRUST, INC., *et al.*,<br><br>*Defendants*. | Case No. 8:22-cv-1142-GLR |

### RESPONSE TO STANDING ORDER 2021-13

Defendants, Wheeler Real Estate Investment Trust, Inc., Cedar Realty Trust, Inc., Cedar Realty Trust Partnership, L.P., and Bruce J. Schanzer, Gregg A. Gonsalves, Abe Eisenstat, Steven G. Rogers, Sabrina Kanner, Darcy D. Morris, Richard H. Ross, and Sharon Stern, by their respective undersigned counsel, respond to the Court's Standing Order 2021-13 and state as follows:

1. All Defendants were served on May 2, 2022.

2. This action was removed under the Class Action Fairness Act, 28 U.S.C. § 1332(d), which requires only minimal diversity, rather than under 28 U.S.C. 1332(a), which requires complete diversity, so Paragraph 2 is inapplicable.

3. Defendants removed this action less than 30 days after they were served.

4. Defendants removed this action less than one year after it was commenced.

5. All Defendants formally joined the notice of removal.

117709\000001\4875-5990-6081.v1

| | |
|---|---|
| /s/ *William M. Krulak, Jr.* | |
| William M. Krulak, Jr. (Fed. Bar No. 26452) | Douglas H. Flaum (*pro hac vice* pending) |
| Megan J. McGinnis (Fed. Bar No. 12810) | Goodwin Procter LLP |
| Miles & Stockbridge P.C. | The New York Times Building |
| 100 Light Street | 620 Eighth Avenue |
| Baltimore, Maryland 21202 | New York, New York 10018 |
| T/F: 410-385-3727 | Tel: 212-813-8884 |
| wkrulak@milesstockbridge.com | dflaum@goodwinlaw.com |
| mmcginnis@milesstockbridge.com | |
| | Jennifer B. Luz (admitted *pro hac vice*) |
| Joshua R. Chazen (Fed. Bar No. 06837) | Goodwin Procter LLP |
| Miles & Stockbridge P.C. | 100 Northern Avenue |
| 11 North Washington Street | Boston, Massachusetts 02210 |
| Rockville, Maryland 20850 | Tel: 617-570-1764 |
| T/F: 202-465-8388 | jluz@goodwinlaw.com |
| jchazen@milesstockbridge.com | |

*Counsel for Defendants Cedar Realty Trust, Inc., Cedar Realty Trust Partnership, L.P., Bruce J. Schanzer, Gregg A. Gonsalves, Abe Eisenstat, Steven G. Rogers, Sabrina Kanner, Darcy D. Morris, Richard H. Ross, and Sharon Stern*

| | |
|---|---|
| /s/ *Jerrold A. Thrope* | |
| Jerrold A. Thrope (Fed. Bar No. 01376) | Elizabeth G. Clark (admitted *pro hac vice*) |
| Gordon Feinblatt LLC | Alston & Bird |
| 1001 Fleet Street, Suite 700 | 90 Park Avenue |
| Baltimore, Maryland 21202 | 15th Floor |
| jthrope@gfrlaw.com | New York, NY 10016-1387 |
| (410) 576-4295 (Phone/Fax) | (212) 210-9400 (Phone) |
| | (212) 210-9444 (Fax) |

*Counsel for Defendant Wheeler Real Estate Trust, Inc.*

117709\000001\4875-5990-6081.v1