UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

May 31, 2022

MEMORANDUM TO COUNSEL RE: David Sydney, et al. v. Cedar Realty Trust, Inc., et al.
Civil Action No. GLR-22-1142

Dear Counsel:

Pending before the Court is Plaintiffs' Renewed Motion for Expedited Discovery ("Motion to Expedite") (ECF No. 32). Through the Motion to Expedite, Plaintiffs seek an order requiring Defendants to provide discovery prior to the June 22, 2022 hearing on the pending Motions for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 8, 13). A regular briefing schedule would result in the Motion to Expedite becoming fully briefed the day after the pending hearing. See Local Rule 105.2(a) ("Unless otherwise ordered by the Court, all memoranda in opposition to a motion shall be filed within fourteen (14) days of the service of the motion and any reply memoranda within fourteen (14) days after service of the opposition memoranda.").

District courts have broad discretion to manage the schedule in the litigation before them. See Ardrey v. United Parcel Serv., 798 F.2d 679, 682 (4th Cir. 1986); Fed.R.Civ.P. 16(a); Local Rule 105.2(a) (providing that "[a]ll motions must be filed within deadlines set by the Court" and providing deadlines for oppositions and reply memoranda "[u]nless otherwise ordered by the Court"). The Court will therefore issue an expedited briefing schedule for the Motion to Expedite to ensure that to the extent the Court finds the Motion meritorious and decides to grant the Motion in whole or in part, it may do so with time to effectuate the relief sought therein.

Accordingly, the Court will SET the following briefing and hearing schedule on the Motion to Expedite:

- June 2, 2022 at 5:00 p.m.: Defendants' opposition to the Motion to Expedite is due;
- June 6, 2022 at 12:00 p.m.: Plaintiffs' reply brief is due; and
- June 7, 2022 at 2:30 p.m.: Teleconference to resolve the Motion to Expedite. Plaintiffs' counsel should initiate the teleconference.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge