IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID SYDNEY, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.:  22-cv-01142-GLR |
| CEDAR REALTY TRUST, INC., *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Motion for Expedited Discovery filed by Plaintiffs, the Opposition thereto filed by Defendants, and Plaintiffs' Reply Memorandum, it is by this Court this \_\_\_\_ day of June, 2022, hereby

**ORDERED** that the Motion for Expedited Discovery be and hereby is **DENIED.**

_____
Honorable George L. Russell, III
United States District Court Judge

9501747.1 57161/148694  6/3/22