IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID SYDNEY, *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CEDAR REALTY TRUST, INC., *et al.*,<br><br>*Defendants*. | Case No. 8:22-cv-1142-GLR |

**ORDER**

Upon consideration of Defendants, Cedar Realty Trust, Inc., Cedar Realty Trust Partnership, L.P., and Bruce J. Schanzer, Gregg A. Gonsalves, Abe Eisenstat, Steven G. Rogers, Sabrina Kanner, Darcy D. Morris, Richard H. Ross, and Sharon Stern's, Motion for Leave to File a Surreply ("Motion") (ECF No. 51), any response in opposition thereto, and any reply in support thereof, it is this 21st day of June, 2022, hereby **ORDERED** that the Motion is **GRANTED**.

The Clerk is hereby directed to docket the proposed surreply attached to Defendants' Motion.

/s/
Hon. George L. Russell, III
United States District Judge