## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JULIA KIM, et al., Individually and On Behalf of All Others Similarly Situated, | Case No.: 1:22-cv-1103-GLR |
| Plaintiffs, | |
| v. | |
| CEDAR REALTY TRUST, INC., et al., | |
| Defendants. | |
| DAVID SYDNEY, et al., Individually and On Behalf of All Others Similarly Situated, | Case No.: 8:22-cv-1142-GLR |
| Plaintiffs, | |
| v. | |
| CEDAR REALTY TRUST, INC., et al., | |
| Defendants. | |

## STIPULATION AND SCHEDULING ORDER

Plaintiffs and Defendants (collectively, the "Parties") submit this Stipulation

and [Proposed] Order on consolidation and scheduling as follows:

WHEREAS, on May 6, 2022, Plaintiff Julia Kim filed the complaint in the above-captioned action *Kim v. Cedar Realty Trust, Inc.*, 1:22-cv-1103-GLR (the "Kim Action") (*Kim*, ECF No. 1);

WHEREAS, on May 11, 2022, the complaint in *Sydney v. Cedar Realty Trust, Inc.*, 8:22-cv-1142-GLR (the "Sydney Action"), was removed to this Court from the Circuit Court of Maryland for Montgomery County (*Sydney*, ECF No. 1);

WHEREAS, on May 13, 2022, Plaintiffs in the Sydney Action filed a Motion for Temporary Restraining Order (the "TRO Motion"), which the parties stipulated and the Court so-ordered to treat as a motion for a preliminary injunction (*Sydney*, ECF Nos. 13, 23, 24);

WHEREAS, on June 2, 2022, Plaintiff in the Kim Action filed a Motion for Preliminary Injunction (the "PI Motion") (*Kim*, ECF No. 11);

WHEREAS, on June 22, 2022, in light of the overlapping issues raised in the TRO Motion and the PI Motion, the Court held a joint hearing on both motions (*Sydney*, ECF No. 55);

WHEREAS, on June 23, 2022, by separate Orders, the Court denied the TRO Motion and the PI Motion (*Kim*, ECF No. 28; *Sydney*, ECF No. 57);

WHEREAS, the Sydney Action and Kim Action involve common questions of law and fact such that consolidation is appropriate;

WHEREFORE, the Parties agree and stipulate that:

1.      Pursuant to Federal Rule of Civil Procedure 42(a), the Kim Action

and Sydney Action are hereby consolidated under case number 1:22-cv-1103-GLR,

and all future filings in this matter shall be captioned as follows:

| | |
|---|---|
| IN RE CEDAR REALTY TRUST, INC. PREFERRED SHAREHOLDER LITIGATION | Case No.: 1:22-cv-1103-GLR |

2.      Plaintiffs will file a consolidated amended complaint by August 24,

2022.

3.      Defendants shall move to dismiss or otherwise answer the

consolidated amended complaint by October 7, 2022.

4.      If motion(s) to dismiss are filed, Plaintiffs shall have until November

21, 2022 to respond to the motion(s) to dismiss.

5.      Defendants shall have until December 21, 2022 to file a reply.


Dated:  July 7, 2022                              Respectfully submitted,

                                                  /s/ Thomas J. Minton
                                                  Thomas J. Minton – No. 03370
                                                  Kathryn Miller Goldman – No. 04380
                                                  **Goldman & Minton, P.C.**
                                                  3600 Clipper Mill Rd., Suite 201
                                                  Baltimore, MD 21211
                                                  Tel (410) 783-7575
                                                  Fax (410) 783-1711
                                                  tminton@charmcitylegal.com

**HEFFNER HURST**
Matthew Heffner (admitted pro hac vice)
Matthew T. Hurst
30 North LaSalle Street Suite 1210
Chicago, Illinois 60602
Phone: (312) 346-3466, Ext. 2
mhurst@heffnerhurst.com

**BERGER MONTAGUE PC**
Michael Dell'Angelo
Lawrence Deutsch (admitted pro hac vice)
Andrew Abramowitz (admitted pro hac vice)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
ldeutsch@bm.net
aabramowitz@bm.net

*Counsel for Plaintiff Kim*


*/s/ Donald J Enright*
Donald J. Enright (Bar Number: 13551)
**LEVI & KORSINSKY LLP**
1101 30th Street, NW, Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
denright@zlk.com

Of counsel:
**WOHL & FRUCHTER LLP**
Joshua E. Fruchter (admitted pro hac vice)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Telephone: (845) 290-6818
Facsimile:  (718) 504-3773

4

*Counsel for Sydney Plaintiffs*


/s/ William M. Krulak, Jr.
William M. Krulak, Jr. (Fed. Bar No. 26452)
Megan J. McGinnis (Fed. Bar No. 12810)
**MILES & STOCKBRIDGE P.C.**
100 Light Street
Baltimore, Maryland 21202
Telephone: 410-385-3727
wkrulak@milesstockbridge.com
mmcginnis@milesstockbridge.com

Joshua R. Chazen (Fed. Bar No. 06837)
**MILES & STOCKBRIDGE P.C.**
11 North Washington Street
Rockville, Maryland 20850
T/F: 202-465-8388
jchazen@milesstockbridge.com

Douglas H. Flaum (admitted pro hac vice)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
dflaum@goodwinlaw.com

Jennifer Burns Luz (admitted pro hac vice)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
jluz@goodwinlaw.com

*Counsel for Defendants Cedar Realty Trust,
Inc., Cedar Realty Trust Partnership, L.P.,
Bruce J. Schanzer, Gregg A. Gonsalves, Abe*

5

*Eisenstat, Steven G. Rogers, Sabrina*
*Kanner, Darcy D. Morris, Richard H. Ross,*
*and Sharon Stern*

*/s/ Jerrold A. Thrope*
Jerrold A. Thrope (Bar No. 01376)
**Gordon Feinblatt LLC**
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
(410) 576-4295 (Phone/Fax)
jthrope@gfrlaw.com

**Alston & Bird**
Elizabeth G. Clark (admitted pro hac vice)
90 Park Avenue, 15th Floor
New York, NY 10016-1387
(212) 210-9400 (Phone)
(212) 210-9444 (Fax)
Elizabeth.Clark@alston.com

*admitted pro hac vice

*Attorneys for Defendant*
*Wheeler Real Estate Investment Trust, Inc.*

6

## ORDER

This Court has considered the foregoing Stipulation and Proposed Scheduling Order, and **IT IS HEREBY ORDERED** this 11th day of July, 2022:

1.    Pursuant to Federal Rule of Civil Procedure 42(a), the Sydney Action and Kim Action are hereby consolidated under case number 1:22-cv-1103-GLR, and all future filings in this matter shall be captioned as follows:

| | |
|---|---|
| IN RE CEDAR REALTY TRUST, INC. PREFERRED SHAREHOLDER LITIGATION | Case No.: 1:22-cv-1103-GLR |

2.    Plaintiffs shall file a consolidated amended complaint by August 24, 2022.

3.    Defendants shall move to dismiss or otherwise answer the consolidated amended complaint by October 7, 2022.

4.    If motion(s) to dismiss are filed, Plaintiffs shall have until November 21, 2022 to respond to the motion(s) to dismiss.

5.    Defendants shall have until December 21, 2022 to file a reply.

_____/s/_____
Hon. George L. Russell, III, U.S.D.J.